445 A.2d 235

Commonwealth v. Weaver, Appellant.

Submitted April 1, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and JOHNSON, JJ.

The judgment of sentence of the lower court is affirmed.

445 A.2d 235

Commonwealth v. White, Appellant.

Submitted January 27, 1981. Gerald Jay Pomerantz, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Affirmed.